**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

N.N.,                                        :
                                             :
           Petitioner,                       :
                                             :
v.                                           :        Case No. 4:26-cv-380-CDL-ALS
                                             :
Warden, STEWART DETENTION                    :
CENTER, *et al.*,                            :
                                             :
           Respondents.                      :
_____

**ORDER**

On March 11, 2026, the Court received Petitioner's *pro se* application for habeas corpus relief under 28 U.S.C. § 2241. (ECF No. 1). On March 13, 2026, Petitioner paid the filing fee. Having initially reviewed Petitioner's application, the Court finds good cause to extend the time for a response. 28 U.S.C. § 2243. Accordingly, Respondents shall have **fourteen (14) days** to file a comprehensive response to said application. Within seven (7) days thereafter, Petitioner should file any desired reply. The Court will consider whether to hold an evidentiary hearing once briefing is complete.

**SO ORDERED**, this 16th day of March, 2026.

s/ **ALFREDA L. SHEPPARD**
UNITED STATES MAGISTRATE JUDGE