**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

N.N.,                                                    :
                                                         :
                    Petitioner,                          :
                                                         :
v.                                                       :        Case No. 4:26-cv-380-CDL-ALS
                                                         :
Warden, STEWART DETENTION                                :
CENTER, *et al.*,                                        :
                                                         :
                    Respondents.                         :
_____

**ORDER**

On March 11, 2026, the Court received Petitioner's *pro se* application for habeas corpus relief under 28 U.S.C. § 2241, to which Respondents filed a response in opposition. (ECF Nos. 1, 4). On May 29, 2026, now represented by counsel, Petitioner filed a Motion seeking to file an amended petition and what is styled an Emergency Motion for Order to Show Cause. (ECF Nos. 6, 7). Having considered Petitioner's Motion seeking to amend his petition, that Motion (ECF No. 6) is **GRANTED**. Petitioner shall file his amended petition within seven (7) days of this Order. Thereafter, Respondents shall have **fourteen (14) days** to file a comprehensive response to said amended application <u>and</u> a separate response to the Emergency Motion for Order to Show Cause. Within seven (7) days thereafter, Petitioner should file any desired replies. The Court will consider whether to hold an evidentiary hearing once briefing is complete.

**SO ORDERED**, this 3rd day of June, 2026.

s/ **ALFREDA L. SHEPPARD**
UNITED STATES MAGISTRATE JUDGE